# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# (ATLANTA DIVISION)

| | |
|---|---|
| ADRIAN YVETTE CHAMPION,<br><br>Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>Defendant. | Case No.: 1:22-cv-04101-ELR-WEJ<br><br>**NOTICE OF SETTLEMENT** |

NOTICE IS HEREBY GIVEN that Plaintiff Adrian Yvette Champion ("Plaintiff") and Defendant Experian Information Solutions, Inc. ("Experian") have settled all claims between them. The parties are in the process of completing the final settlement documents and the appropriate documents to dismiss are expected to be filed within sixty (60) days of today. Plaintiff requests that the Court vacate all pending deadlines in this matter. Plaintiff also requests that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement.

///

RESPECTFULLY SUBMITTED this 21st day of December 2022,

> */s/ Jenna Dakroub*
> Jenna Dakroub, GA #385021
> **Price Law Group, APC**
> 8425 N. 85th Way,
> Scottsdale, AZ 85258
> Telephone: (818) 600-5513
> Email: jenna@pricelawgroup.com
> *Attorneys for Plaintiff*
> *Adrian Yvette Champion*