# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# (ATLANTA DIVISION)

| | |
|---|---|
| ADRIAN YVETTE CHAMPION,<br><br>Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>Defendant. | Case No.: 1:22-cv-04101-ELR-WEJ<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff Adrian Yvette Champion and Defendant Experian Information Solutions, Inc. ("Experian"), by and through undersigned counsel, hereby stipulate that this action and all claims and defenses asserted therein be dismissed with prejudice as to Experian with attorneys' fees and costs to be paid as indicated in the parties settlement agreement. There are no remaining defendants.

///

1

RESPECTFULLY SUBMITTED this 12th day of January 2023,

        */s/ Jenna Dakroub*
        Jenna Dakroub, GA #385021
        **Price Law Group, APC**
        8425 N. 85th Way,
        Scottsdale, AZ85258
        Telephone: (818) 600-5513
        Email: jenna@pricelawgroup.com
        *Attorneys for Plaintiff*
        *Adrian Yvette Champion*

        */s/Rebecca M. Nocharli*
        Rebecca M. Nocharli
        Georgia Bar No. 633621
        JONES DAY
        1221 Peachtree Street, N.E., Ste. 400
        Atlanta, GA 30361
        Telephone: (404) 521-3939
        Facsimile: (404) 581-8330
        Email: rnocharli@jonesday.com
        *Counsel for Defendant Experian*
        *Information Solutions, Inc.*